IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :
: CRIMINAL NO. 12-139
v. :
: J. Rambo
:
MICHAEL C. KARASON :

FILED
HARRISBURG

INDICTMENT

MAY 23 2012

THE GRAND JURY CHARGES THAT:

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

Beginning in approximately 2006 and continuing through approximately April, 2010, in Dauphin County, Cumberland County, and Lancaster County, Pennsylvania, and the State of California, within the Middle District of Pennsylvania and elsewhere, the defendant, **MICHAEL C. KARASON,** aided and abetted by individuals known and unknown to the Grand Jury, knowingly and willfully executed and attempted to execute a scheme and artifice to defraud health care benefit programs and to obtain by means of false and fraudulent pretenses and representations, money under the custody and control of the health care benefit program in connection with fraudulently billing for medical care and treatment that he did not provide. Specifically, Dr. Karason, a podiatrist, caused claims to be submitted to health benefit programs for medical services he purportedly rendered at offices in Dauphin County and Lancaster County when, in fact, Dr. Karason did not render such medical services.

All in violation of Title 18, United States Code, Section 1347 and Section 2.

*Peter J. Smith*
PETER J. SMITH  by AJG
United States Attorney

Dated: 5-23-2012